```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  ANDREW L. GRADMAN
   Special Assistant U.S. Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-00341-GSA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;[PROPOSED] ORDER |
| v. | ) | |
| JAMIE KERBY, | ) | |
| | ) | DATE:    February 23, 2012 |
| Defendant. | ) | TIME:    10:00 a.m. |
| | ) | COURT:   TBA |
| | ) | [Class A Misdemeanor] |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew Gradman, Counsel for Plaintiff, and Assistant Federal Defender Samya Burney, Counsel for Defendant Jamie Kerby, that the status conference currently set for Thursday, February 2, 2012, at 10:00 a.m., **may be continued to Thursday, February 23, 2012, at 10:00 a.m. before the duty Magistrate**.

This stipulation is proposed by both parties to allow for the government to obtain additional discovery and to allow for additional defense preparation.  The requested continuance will conserve time and resources for both counsel and the court.

1  The parties agree that the delay resulting from the continuance
2  shall be excluded in the interests of justice herein and for
3  effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and
4  3161(h)(7)(B)(i) and (iv) because the ends of justice served in
5  granting such continuance outweigh the best interests of the public
6  and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 25, 2012      By   /s/ Andrew Gradman
                                  ANDREW L. GRADMAN
                                  Special Assistant U.S. Attorney


DANIEL J. BRODERICK
Federal Defender

(As authorized on 1/26/2012)

DATED: January 26, 2012      By   /s/ Samya Burney
                                  SAMYA BURNEY


IT IS SO ORDERED.

Dated:   **January 27, 2012**              **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE